In the Matter of the Petition of ADO THOMPSON MILLER to Obtain a Determination as to the Validity, Construction or Effect of the Disposition of Property

Contained in the Last Will and Testament of MARILYN MILLER O'BRIEN, Deceased. ADO THOMPSON MILLER, Petitioner, Respondent; ADA PORTER REYNOLDS, as Executrix and Sole Legatee of EDWIN D. REYNOLDS and CARRIE CARTER, Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 170 Misc. 792. Supplemental opinion is not reported.]